# EXHIBIT A

## MEMORANDUM OF AGREEMENT

*KNOW ALL PEOPLE BY THESE PRESENTS:*

This Memorandum of Agreement entered into by and between:

**SILLIMAN UNIVERSITY**, a non-stock, non-profit higher education institution duly existing under and by virtue of the laws of the Republic of the Philippines with office address at Hibbard Avenue, Dumaguete City, Philippines, represented in this act by its President Betty Cernol McCann, hereinafter referred to as **"SU"**;

-and-

**CALVIN UNIVERSITY,** a higher education institution, duly existing under the laws of the United States of America, with office address at 3201 Burton St, SE, Grand Rapids, MI 49546, USA, represented in this act by its Provost Cheryl Brandsen, hereinafter referred to as **"CALVIN"**;

### WITNESSETH:

**WHEREAS**, pursuant to this Memorandum of Agreement, the two institutions have agreed to develop collaborative activities in academic areas of mutual interest, on the basis of equality and reciprocity;

**WHEREAS**, CALVIN desires to expose their students to different working environments outside of its home state;

**WHEREAS**, CALVIN has chosen SU in Dumaguete City, and its surrounding communities as a good venue for academic and cultural exposure of its students;

**WHEREAS**, CALVIN has agreed to partner with SU to pursue the foregoing aim;

**WHEREAS**, SU accepts such collaborative offer and agrees to provide CALVIN's students with the appropriate cultural exposure;

**WHEREFORE**, for and in consideration of the foregoing premises, the parties to this Agreement stipulate and agree as follows:

### TERMS AND CONDITIONS:

**I.     Nature and Purpose of the Program**

The program is called the Philippines: Yesterday & Today. It is designed to provide twenty-two (22) students from CALVIN to gain understanding of Philippine history and culture, thus, promoting greater understanding and cross-cultural communication.

**II.    Duration**

The program will have a total period of two (2) weeks. It will begin on January 7, 2020 and will end on January 21, 2020.

Classes and other activities shall be handled by designated faculty members from the SU Office of Community Engagement and Service Learning and the College of Arts and Sciences. All class sessions will be held at the SU College of Arts of Sciences. All of the provisions of the Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, if any, successors, and assigns. SU may not assign this agreement without approval of Calvin.

**III.   Handling Units and Mechanics of the Program**

1.     In consonance with university policies, all programs such as Philippines: Yesterday & Today with Calvin University shall be under the SU Vice President for Academic Affairs. The Deans of the College of Arts and Sciences and the Director for Community Engagement and Service Learning shall have joint supervision over its implementation.

    2.    SU shall prepare the program plan which shall bear the approval of CALVIN.

    3.    The program plan which provides the schedule of class sessions and outside activities shall be followed. Changes which are necessary and relevant may be made, but only upon notice and approval by CALVIN. A copy of the program plan is hereto attached as Annex "A".

    4.    Throughout the duration of the program, the students will be under the supervision of faculty members designated by SU to handle the class sessions and outside activities, including one who will serve as coach/mentor.

    5.    Selected students (who will act as student "buddies") from SU will join certain class sessions to further enhance the learning of CALVIN students.

    6.    CALVIN students will have access to SU facilities, including, but not limited to classrooms, library, internet connections, gymnasium, and others that will be needed during the entire program.

    7.    All materials that will be used by CALVIN students during class lectures shall be provided by SU, except those non-print materials that the students may use such as during class presentations.

**IV.**    **Program Costs and Payment**

The program cost consists of academic and administrative costs. Total cost for this program for the students is $19,130 ($870/student). Annex "B" shows the breakdown of the amount. The amount shall be paid to SU, not later than January 7, 2020, the day the students arrive at SU. The amount may be deposited do the following account:
Payee: SILLIMAN UNIVERSITY
Bank Name: Bank of the Philippine Islands
Dollar Account Number: 00 1084 0273 47
SWIFT CODE: BOPIPHMM

Expenses for the faculty member, including hotel accommodation during entire program, transportation to Bohol and Cebu, meals in Cebu and Bohol, and island activities on Apo Island, are excluded from the program fees.

**V.**    **Clearances, Rules and Regulations and Orientation**

    1.    CALVIN shall send students who are at least eighteen (18) years old, can understand and speak English, which is the medium of instruction of SU.

    2.    Prior to their departure, the students from CALVIN must have at least an idea about Filipino culture and shall procure the necessary health and other clearances from CALVIN, state and/or authorities of the United States of America. Scanned copies of the health clearance shall be e-mailed to the Office of the Vice-President for Development on before January 6, 2020.

    3.    CALVIN students shall be subject to the same policies, rules and regulations relative to good conduct, health and campus safety and security applicable to enrolled students of SU. In entering the SU campus grounds, CALVIN students shall present their identification cards to the security personnel at the gate. Each student will be issued an identification card by SU during the first day of class.

**VI.**    **Miscellaneous Provisions of Program**

    1.    CALVIN warrants that the students it has chosen for the program are those whose academic performance and personality allow them to adjust in a foreign setting like the Philippines.

    2.    SU shall be responsible for the safety and security of CALVIN students while they are on campus. SU shall also be responsible for their security and safety when they are outside the campus during business and cultural exposures. The responsibility treated of this provision shall cease when SU can prove that it observed all the diligence of a reasonable person, such as a good father of a family, to prevent injury, damage, or when the negligence is purely attributable to the student.

    3.    CALVIN shall be responsible to ensure that all students have sufficient travel and medical insurance in the event a student needs medical attention and/or services.

4. SU shall effect and maintain insurance policies that a prudent person would obtain, including public liability and professional indemnity insurance to cover obligations arising from this Agreement. Upon request, SU agrees to provide a certificate of insurance demonstrating coverage.

5. SU shall provide a report at the end of the practicum detailing where the students were assigned and the corresponding assessment of their performance. For this purpose, a culmination activity will be held at the end of the program, where certificates of completion will be awarded. Said culmination activity will likewise present Filipino and American cultures through songs and dances.

## VII. Relationship of the Parties

The relationship between SU and Calvin under this Agreement is that of an independent contractor. SU, its employees, subcontractors and subcontractor employees will not be employees of Calvin or have any right to Calvin service credit or fringe benefits. The personnel provided by SU will be under the control of SU, regardless of whether Calvin provides daily direction and supervision. SU will be responsible for making any necessary contributions and tax payments on behalf of its employees, and for procuring applicable workers' compensation insurance if applicable for the Program. Calvin will not be responsible for withholding any Federal, State, or City income taxes or other taxes for such personnel. Nothing contained in this Agreement shall be construed so as to constitute a party as partner to the other party or to create any agency or partnership between the parties under any applicable law now or at any future time in force in Michigan or the USA or in the Philippines. No party to this Agreement is empowered to incur obligations on behalf of any of the other party to this Agreement without the express written consent of the other party.

## VIII. Governing Law

1. SU shall ensure that the program is in compliance with the laws of its location, the Philippines.

2. In the event that issues arise under this agreement, said issues shall be resolved in accordance with the laws of the State of Michigan, United States of America.

3. If any provision of the Agreement, or any portion thereof, is held to be invalid and unenforceable, then the remainder of this Agreement shall nevertheless remain in full force and effect.

## IX. Force Majeure

1. Non-performance by a party of any obligation or condition required by this Agreement to be performed shall be excused during the time and to the extent that such performance is prevented, wholly or in part, by circumstances beyond the reasonable control of such party. For the purpose of this Agreement such circumstances (referred to in this Agreement as "Force Majeure") shall include:

   a. governmental, accreditor, semi-governmental or judicial law, regulation, order, decree, directive, restriction, restraint, prohibition, intervention or expropriation, or the failure of any government or semi-government or judicial entity to act or otherwise approve the Program;
   b. strike, lockout or other labor dispute;
   c. act of God, fire, flood, tornado, hurricane or any other form of inclement weather or conditions resulting from inclement weather;
   d. medical crisis whereby the United States government advises against travel to the country of delivery;
   e. terrorism alert whereby the United States government advises against travel to the country of delivery;
   f. explosion, concussion, collision, radiation, act of the public enemy, act of war (declared or undeclared), blockade, riot, civil commotion or disturbance, martial law, sabotage, insurrection or national emergency (whether in fact or law);
   g. any other cause, whether similar or dissimilar to the cause herein specifically enumerated and which is beyond the reasonable control of such party and which such party is unable to overcome by the exercise of reasonable diligence and at a reasonable cost. any provision of the Agreement, or any portion thereof, is held to be invalid and unenforceable, then the remainder of this Agreement shall nevertheless remain in full force and effect.

2. Either party may terminate this agreement if the Force Majeure prevents performance.

X.  **Waiver**

1. No rights under this Agreement shall be deemed to be waived except in writing signed by each party. A waiver by a party shall not prejudice that party's rights in respect of any subsequent breach of this Agreement by the other party.

2. Any failure by a party to enforce any term of this Agreement or any forbearance, delay or indulgence granted by a party to the other will not be construed as a waiver of that party's rights under this Agreement.

XI.  **Termination of Agreement**

Calvin may terminate this agreement with written notice, but neither party will do so without first working diligently toward resolution of any disputes arising out of the work performed by either party.

IN WITNESS WHEREOF, the parties to this Memorandum of Agreement, through their respective representatives, have respectively set their hands. No amendment, change, or modification of the Agreement shall be valid unless in writing signed by the parties hereto.

| SILLIMAN UNIVERSITY | CALVIN UNIVERSITY |
|---|---|
| By: | By: *Cheryl Brandsen* |
| Betty Cernol McCann | Cheryl Brandsen |
| President | Provost |
| Date: | Date: 18 December 2019 |

Witnesses:

_____

*Heidi Rienstra*
Executive Assistant to the Provost

Republic of the Philippines  }
Province of Negros Oriental  }
City of Dumaguete            } S.S.

**ACKNOWLEDGMENT FOR SILLIMAN UNIVERSITY**

BEFORE ME, a Notary Public, for the City of Dumaguete and Province of Negros Oriental, personally appeared this day _____, Betty Cernol McCann showing to me as competent proof of identity her _____, with nos._____, expiring on _____, and known to me to be the same person who executed the foregoing Memorandum of Agreement and who acknowledged to me that the same is her voluntary act and deed and the institution that she represents. The foregoing Memorandum of Agreement consists of three (3) pages including the page on which this Acknowledgment is written, and has been signed by the parties and their respective witnesses.

WITNESS MY HAND AND SEAL on the place and date above-written.

Doc. No. _____;
Page No. _____;
Book No. _____;
Series of 2019.

ANNEX A



OFFICE OF COMMUNITY ENGAGEMENT AND SERVICE-LEARNING
Silliman University

# CALVIN UNIVERSITY
*Michigan, USA*

**SERVICE-LEARNING PROGRAM**
January 7-17, 2020

## Schedule of Activities

| DATE AND TIME | ACTIVITIES | REMARKS |
|---|---|---|
| JAN 7 TUESDAY | ARRIVAL AND BILLETING in PM @ Bayview C&L | c/o Dimple and Rouine |
| JAN 8 WEDNESDAY | **9AM-3PM Orientation to S-L Program**<br>☐ 9:00-9:10   INTRODUCTIONS<br>☐ 9:10-9:30   Service-Learning (Prof. Ligutom)<br>☐ 9:30-10:00 Reflection and Journaling (Prof. Salem)<br>☐ 10:00-10:30 Community Reminders and Orientation to schedule of activities (Prof. Cubelo)<br>☐ 10:30-11:10 FIRST AID (Prof. Putong)<br>☐ 11:10-11:30 Open Forum<br>☐ 11:30              LUNCH<br>☐ 1:00PM         Introduction to Physical/Natural Geography, Human/Cultural Geography/ Demographics ; PRE-HISPANIC Philippine Culture and Spanish Colonial Period (DR. Cleope, Prof. Jomao-as, Prof. Batiles)<br>☐ 3:00PM         CITY TOUR → Bacong Parish Church (tasting of local cuisine) | Venue: MPR<br>*Lunch will be served |
| **FIRST WEEK: Philippine History**<br>January 9-12, 2020<br>Point Persons: Dr. Cleope and Prof. Jomao-as |||
| JAN 9 THURSDAY | 8AM   Philippine History – Hiking to Japanese Shrine, and Cata-al War Museum, Valencia<br><br>11:30   LUNCH @ Veranda, Valencia<br><br>2PM   Lecture on Filipino Family; Museum Tour<br><br>6PM   Dinner @ ND Department with Facilitators | Facilitators:<br>Dr. Cleope, Prof. Jomao-as, with 3 SU buddies<br>Chaperone: Mr. John Bael<br><br>Facilitator: Prof. Tan, Prof. Cadeliña, Prof. Christine Batiles<br>Venue: Silliman Museum<br>With SU buddies and facilitators |

| Date | Time | Activity | Facilitator/Notes |
|---|---|---|---|
| JAN 10 FRIDAY | 8AM<br>12NN<br>2PM<br>3:30PM<br>6PM | Environmental Lecture (on-site: LAKE BALINSASAYAO)<br>Lunch @ Jo's by the sea<br>CENTROP<br>Red Rocks Hot Spring<br>Dinner @ Valencia Plaza | Facilitator/s:<br>Prof. ML Alcala<br>Chaperone:<br>Dr. Cleope, Prof. Jomao-as, Mr. John Bael |
| JAN 11 SATURDAY | 8AM | **To APO ISLAND** | Calvin University students only with, Dr. TenHuisen and Dr. Cleope's Team |
| JAN 12 SUNDAY | 3PM | Back to Dumaguete (Bayview Hotel) | |
| **SECOND WEEK: SERVICE-LEARNING** <br> January 13-17, 2020 <br> Point Persons: Prof. Ligutom and Prof. Salem ||||
| JAN 13 MONDAY | 9:30AM<br><br>10:30AM<br>2PM | Devotion and WELCOME PROGRAM<br><br>Agency Orientation<br>Start of Homestay | Devotion: Ptr. Wella Hoyle-de Rosas<br>Venue: MPR<br>***SILLIMAN TEAM for CU S-L must attend the Welcome Program** 😊<br>* Please wear S-L shirt |
| *JANUARY 14- 16: HOMESTAY and Cont. with Community Activities* <br> *S-L FACILITATORS will conduct Field Monitoring on January 14 and 16, 2020* ||||
| JAN 17 FRIDAY | 8AM<br><br><br>2PM<br>6PM | CU students back to hotel; Prepare for Reflection Session presentations<br><br>Reflection Session<br>SOLIDARITY CELEBRATION | *May go to the Library or OCESL conf. room to prepare and finish presentations<br>RS to be facilitated by Prof. Salem<br>SILLIMAN TEAM for CU S-L program and SU admin, Community Partners, and Host Families<br>Venue: SILLIMAN HALL |
| JAN 18 SATURDAY | AM | TRIP TO CEBU | With Dr. Cleope's team |

ANNEX B


OFFICE OF COMMUNITY ENGAGEMENT & SERVICE-LEARNING
SILLIMAN UNIVERSITY
Building Competence, Character & Faith

**CALVIN UNIVERSITY PROGRAM FEE FOR SERVICE-LEARNING 2020**
**(US DOLLARS)**

**No. of Calvin College Students** : 21
**No. of Silliman Buddies** : 15

**Expenses** :

| Particular | Amount | Remarks |
|---|---|---|
| **Facilitation Fee** | $250/STUDENT x 22 students= $5,500 | |
| **WEEK 1** | | |
| **Food allowance** with Calvin University students, SU buddies & facilitators | $6,000 | |
| **Transportation** (SU Bus (with AC and non-AC); 3 Jeeps; 3 vans | $1,030 | Estimated cost of transportation subject to change depending on distance and oil price |
| **WEEK 2** | | |
| **Field & Site monitoring** (1 van) | $210 | Emergency travels (in case students get sick in the area) |
| **Food/ Meals** for the following activities: | | |
| • **S-L ORIENTATION PROGRAM** with Calvin University, SU buddies, faculty and admin in SU only | $750 | Include snacks, lunch, early dinner and venue/table set-up |
| • **S-L WELCOME PROGRAM & DEVOTION** in SU ($10 x 100 pax) | $1,000 | Snacks & Lunch fellowship and venue/table set-up with Guests from SU and Community partners, students (Calvin and SU) |
| • **Reflection Session** Snacks for students and facilitators only | $100 | Snacks and venue/table set-up |
| • **Solidarity Celebration** | $1,200 | Fellowship Dinner- with invited Guests from SU and Community Partners, students, etc. and venue/table set-up |
| • **Hosting** | $120 | Professional Fee |

| | | |
|---|---|---|
| • **Transportation allowance** for partner communities during solidarity celebration | $100 | Gasoline and fare |
| **Transportation from SU BG** (Jeep and SU Bus) estimated cost for travel | $120 | To bring and to fetch students in their assigned areas during homestay |
| **Food Subsidy for Calvin University & SU Buddies** during homestay | $1,320 | The host families are included in the food budget during the students' homestay |
| **Load and Transportation Allowance** of Calvin University & Silliman Student Buddies (for the whole duration of the program from arrival-departure) | $420 | For students' activities in the agencies/communities |
| **S-L kit** ( will include T-shirt, brochure/souvenir program, SU souvenir items, mosquito repellant, notebook, ballpen, ID, Health Insurance) | $1,260 | Items might increase next year |

TOTAL WEEK 1     : $ 7,030
TOTAL WEEK 2     : $ 6,600
FACILITATION FEE  : $ 250 x 22 students=$5,500

OVERALL TOTAL    : $ 19,130 ($870/CALVIN UNIVERSITY STUDENT)

Page 8 of 8

X. Waiver

1. No rights under this Agreement shall be deemed to be waived except in writing signed by each party. A waiver by a party shall not prejudice that party's rights in respect of any subsequent breach of this Agreement by the other party.

2. Any failure by a party to enforce any term of this Agreement or any forbearance, delay or indulgence granted by a party to the other will not be construed as a waiver of that party's rights under this Agreement.

XI. Termination of Agreement

Calvin may terminate this agreement with written notice, but neither party will do so without first working diligently toward resolution of any disputes arising out of the work performed by either party.

IN WITNESS WHEREOF, the parties to this Memorandum of Agreement, through their respective representatives, have respectively set their hands. No amendment, change, or modification of the Agreement shall be valid unless in writing signed by the parties hereto.

SILLIMAN UNIVERSITY
By:

*[signature]*

Betty Cernol McCann
President

Date:

CALVIN UNIVERSITY
By:

*[signature]*

Cheryl Brandsen
Provost

Date: 18 December 2019

Witnesses:

_____

*Heidi Rienstra*
Executive Assistant to the Provost

Republic of the Philippines
Province of Negros Oriental    } S.S.
City of Dumaguete

ACKNOWLEDGMENT FOR SILLIMAN UNIVERSITY

BEFORE ME, a Notary Public, for the City of Dumaguete and Province of Negros Oriental, personally appeared this day _____, Betty Cernol McCann showing to me as competent proof of identity her _____, with nos._____, expiring on _____, and known to me to be the same person who executed the foregoing Memorandum of Agreement and who acknowledged to me that the same is her voluntary act and deed and the institution that she represents. The foregoing Memorandum of Agreement consists of three (3) pages including the page on which this Acknowledgment is written, and has been signed by the parties and their respective witnesses.

WITNESS MY HAND AND SEAL on the place and date above-written.

Doc. No. _____;
Page No. _____;
Book No. _____;
Series of 2019.