UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,                                  HONORABLE PAUL L. MALONEY

v.                                              Case No. 1:21-cv-1071

CALVIN UNIVERSITY, et al.,

    Defendants.
_____/

## ORDER

In response to a Notice of Impending Dismissal issued by the Court, Plaintiff has filed a petition regarding service of process (ECF No. 12).  In the petition, Plaintiff states that service has not been effectuated on Defendant Silliman University because Defendant is located in the Republic of the Philippines and must be served pursuant to the Hague Service Convention.  Plaintiff further states she does not anticipate effective service will be made within the next 30 days and it may take between four to six months to complete service.  Upon review of the petition, the Court is satisfied that dismissal of the case as to Defendant Silliman University is not warranted at this time.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff will file a status report with the Court on the status of service of the Defendant in 180 days if Defendant has not yet been served.

Date:  March 18, 2022                                              /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge