IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALVIN UNIVERSITY,<br>SILLIMAN UNIVERSITY, and<br>DWIGHT TENHUISEN<br><br><br>　　　　Defendants. | Case No. 1:21-cv-1071<br><br>HONORABLE PAUL L. MALONEY<br><br>**Unopposed Motion of to File Under Seal** |

　　　　Plaintiff Jane Doe, pursuant to Local Civil Rule 10.6(b), for her Motion for Leave to File under Seal, states as follows:

1. This matter involves the drugging and rape of a young female college student.

2. Due to the personal nature of the allegations and claims against Defendants, Plaintiff initiated this action as Jane Doe.

3. On April 28, 2022, Defendant Silliman University ("Silliman") filed a motion to dismiss for lack of jurisdiction.

4. Plaintiff's Response ("Response") to Silliman's motion to dismiss is due on June 10, 2022.

5. As an Exhibit to the Response, Plaintiff will submit an executed affidavit that reveals her name and home address.

6. Plaintiff would like to continue to protect her identity from the public.

7. Plaintiff therefore respectfully requests that this Court allow her to file the affidavit, attached to the Response as Exhibit A, under seal.

8. Pursuant to Local Civil Rule 10.6(b), Plaintiff has filed the proposed sealed Exhibit A under seal.

9. As set forth in the accompanying Certificate of Concurrence, counsel for Defendants Silliman University, Calvin University and Dwight TenHuisen do not object to this request for leave to file under seal.  Dated: June 10, 2022

    Respectfully Submitted,

/s/ *Esther Yahnig*
ESBROOK P.C.
Esther Yahnig
Christopher J. Esbrook
Erika Giwa-Amu
321 N Clark Street, Suite 1930
Chicago, IL 60654
christopher.esbrook@esbrook.com
esther.yahnig@esbrook.com
erika.giwa-amu@esbrook.com

*Co-Counsel for Plaintiff Jane Doe*

By: /s/ Allison Sleight
THACKER SLEIGHT
Allison Elizabeth Sleight
44 Cherry Street SE
Grand Rapids, Michigan 49503
Telephone: 616.888.3810
allison@thackersleight.com

*Co-Counsel for Plaintiff Jane Doe*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>CALVIN UNIVERSITY<br>SILLIMAN UNIVERSITY, and<br>DWIGHT TENHUISEN<br><br>    Defendants. | Case No. 1:21-cv-1071<br><br>HONORABLE PAUL L. MALONEY<br><br>**Certificate Regarding Concurrence in Plaintiff Jane Doe's Motion to File under Seal** |

Plaintiff Jane Doe has filed a motion to file Exhibit A to Plaintiff's Response In Opposition to Defendant Silliman University's motion to dismiss for lack of jurisdiction under seal. Defendant Silliman's counsel, Nicholas Dondzila, and Calvin University and Dwight TenHuisen, Timothy Sheridan, have advised Plaintiff that Defendants have no objection to the request to file under seal.

Dated: June 10, 2022

                                              Respectfully Submitted,

                                              *s/ Esther Yahnig*
                                              ESBROOK P.C.
                                              Esther Yahnig
                                              Christopher J. Esbrook
                                              Erika Giwa-Amu
                                              Esbrook P.C.
                                              321 N Clark Street, Suite 1930
                                              Chicago, IL 60654
                                              christopher.esbrook@esbrook.com
                                              esther.yahnig@esbrook.com
                                              erika.giwa-amu@esbrook.com

                                              *Co-Counsel for Plaintiff Jane Doe*

By: /s/ Allison Sleight  
THACKER SLEIGHT  
Allison Elizabeth Sleight  
44 Cherry Street SE  
Grand Rapids, Michigan 49503  
Telephone:616.888.3810  
allison@thackersleight.com  

*Co-Counsel for Plaintiff Jane Doe*