UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:21-cv-1071

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Pending before the Court is Plaintiff's motion to file affidavit under seal (ECF No. 28). Defendants do not oppose the motion (*Id*, PageID.398). Therefore,

**IT IS HEREBY ORDERED** that the motion to file under seal (ECF No. 28) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept the proposed document for filing and seal the document from public inspection.

Dated: June 15, 2022

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge