UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:21-cv-1071

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 60) of the agreement between the remaining parties[1] to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **January 24, 2025**.

Dated: December 30, 2024

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

---

[1] Defendant Silliman University's motion to dismiss was granted on July 11, 2024 (ECF No. 36).