UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,　　　　　　　　　　　　　　　　　　Case No. 1:21-cv-01071

　　　　Plaintiff,　　　　　　　　　　　　　　　　HONORABLE PAUL L. MALONEY

v.

CALVIN UNIVERSITY,
~~SILLIMAN UNIVERSITY~~, and
DWIGHT TENHUISEN,

　　　　Defendants.
_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW COME the parties hereto, by and through their respective counsel of record, and hereby stipulate and agree that all claims against defendants Calvin University and Dwight TenHuisen are dismissed, with prejudice and without costs, interest or attorney fees to any party. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.


　/s/ *Esther C. Yahnig*　　　　　　　　　　　　　　/s/ *Timothy F. Sheridan*
Esther C. Yahnig　　　　　　　　　　　　　　　　Timothy F. Sheridan (P52870)
Attorney for Plaintiff　　　　　　　　　　　　　　Attorney for Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court through stipulation, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that all claims against defendants Calvin University and Dwight TenHuisen are dismissed, with prejudice and without costs, interest or attorney fees to any party. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**This Order resolves the last pending claim and closes the case.**

Date:  January 14, 2025

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Court Judge

OPEN.00391.16088.27807804-1